OPINION — AG — AN ASSISTANT COUNTY ATTORNEY IN A COUNTY SUBJECT TO HOUSE BILL NO. 697, UNDER THE PROVISIONS OF 19 O.S.H. 179.7(E), SUBJECT TO THE SAME RESTRICTIONS RELATING TO THE PRIVATE PRACTICE OF LAW AS IS THE COUNTY ATTORNEY. IT IS THE FURTHER OPINION OF THE AG THAT A COUNTY ATTORNEY'S INVESTIGATOR IN SUCH COUNTY MAY ENGAGE IN THE PRIVATE PRACTICE OF LAW IN MATTERS WHICH ARE NOT ADVERSE TO THE INTEREST OF THE COUNTY. CITE: ARTICLE II, SECTION 11 (RICHARD HUFF)